# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HARDY CORNWELL

NO. 2026 KW 0581

**JULY 27, 2026**

---

In Re:     Hardy Cornwell, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 574176.

---

BEFORE:     **PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED.**

**AHP**

**HG**

    **Fields, J.,** concurs. The "Corrected Post Conviction Relief Application" was filed outside the time limitation and relator has not meet his burden of demonstrating an exception to the time delay. See La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*). Furthermore, except as provided in La. Code Crim. P. art. 930.8, the district court has no authority to extend those limits beyond the delays set forth by the legislature. **Benoit v. Guerin,** 2022-547 (La. App. 5th Cir. 1/18/23), 357 So.3d 434, 440, writ denied, 2023-00250 (La. 6/7/23), 361 So.3d 966.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT